IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETHANY V. BOWEN, | ) | Case No. 4:07CV3221 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HONORABLE JEFFRE | ) | |
| CHEUVRONT, in his official | ) | |
| capacity as Justice of the District | ) | |
| Court for the State of Nebraska, | ) | |
| | ) | |
| Defendant. | ) | |

Although I presume it is a matter of public record, it is appropriate to advise the parties that my spouse was called to jury duty in the first trial of the criminal case that forms a part of the background for this lawsuit. She was present for jury selection. My spouse was neither questioned nor put in the jury box for questioning. That being the case, and obviously, she was not selected for jury duty. After the jury was selected she was excused, she left the courthouse, and she did not return.

I have considered whether these facts should cause me to recuse myself under the applicable statutes and codes of conduct. I have concluded that the foregoing facts do not require me to recuse myself and I will not do so. However, if counsel have a different view, I invite counsel to file the appropriate motion.

IT IS SO ORDERED.

September 14, 2007.                                      BY THE COURT:

                                                        *s/Richard G. Kopf*
                                                        United States District Judge