IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BETHANY V. BOWEN, ) | Case No. 4:07CV3221 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| HONORABLE JEFFRE ) | |
| CHEUVRONT, in his official ) | |
| capacity as Justice of the District ) | |
| Court for the State of Nebraska, ) | |
| ) | |
| Defendant. ) | |

The plaintiff has filed a timely motion for reconsideration under Fed. R. Civ. P. 60(b)(1) and supporting papers. (Filings 13-15 & 18.) I have carefully studied the motion and supporting papers. Wishing to avoid further adverse pretrial publicity regarding the pending criminal case and the possibility of yet another mistrial, I will deny the motion with little fanfare. Simply put, none of Ms. Bowen's reasons for reconsideration have merit.

However, one brief observation is appropriate. According to Ms. Bowen, on October 5, 2007, Judge Cheuvront relaxed his earlier order to allow her to testify that she was sexually assaulted. (Filing 18 at CM/ECF pp. 17-18 & n.8.) With due respect for the plaintiff's learned counsel, Judge Cheuvront's continuing good-faith effort to balance the interests of Ms. Bowen and the interests of Mr. Safi highlights with crystalline clarity why my earlier ruling declining to interfere with the pending criminal case was correct.

IT IS ORDERED that the plaintiff's motion for reconsideration (filing 13) is denied.

October 16, 2007.                                    BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     United States District Judge