```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

BETHANY V. BOWEN,                  )
                                   )
            Plaintiff,             )         4:07CV3221
                                   )
      v.                           )
                                   )
HONORABLE JEFFRE CHEUVRONT,        )            ORDER
in his official capacity as        )
Justice of the District Court      )
for the State of Nebraska,         )
                                   )
            Defendant.             )
                                   )

   IT IS ORDERED:

   The motion of Jennifer A. Hoult to withdraw as counsel for plaintiff, filing 20, is granted effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

   DATED this 25th day of October, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge